Leader Technologies Inc. v. Facebook Inc. Doc. 6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LEADER TECHNOLOGIES, INC.,<br>Plaintiff,<br>v.<br>FACEBOOK, INC.,<br>Defendant. | **NO. 1:08-cv-00862-JJF**<br><br>**JURY TRIAL DEMANDED** |

**FACEBOOK INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Facebook, Inc. ("Facebook") states the following:

1) Facebook is a private corporation; and

2) Facebook has no parent corporation and no public corporation owns 10 percent or more of Facebook's stock.

Dated: January 8, 2009

By: */s/ Steven L. Caponi*

Thomas P. Preston (DE Bar. #2548)
Steven L. Caponi (DE Bar #3484)
BLANK ROME LLP
1201 Market Street
Wilmington, DE 19801
(302) 425-6400
Fax: (302) 425-6464

and

Dennis P. McCooe
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

*Attorneys for Defendant and Counterclaimant Facebook, Inc.*



Dockets.Justia.com

*Of Counsel*:
Heidi L. Keefe
Mark R. Weinstein
Craig W. Clark
Melissa H. Keyes
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306