Format for Pro Hac Vice Motion (Rev. 1/05)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leader Technologies, Inc. | ) | |
| v. | ) | Civil Action No. 08-862 |
| Facebook, Inc. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Melissa H. Keyes to represent Facebook, Inc. in this matter.

Signed: _/s/ Steven L. Caponi_
Steven L. Caponi (SBN 3484)
(Movant's Name and Delaware State Bar Identification Number) Steven L. Caponi (SBN: 3484)
(Movant's Address) Blank Rome LLP, 1201 N. Market Street, #800, Wilmington, DE 19801
(Movant's Telephone Number) 302-425-6400

Attorney for: Facebook, Inc.

Date: 1-8-09

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Melissa H. Keyes_
Melissa H. Keyes
Date: 1/6/2009

(Applicant's Address)
White & Case LLP
3000 El Camino Real
Bldg. 5, 9th Floor
Palo Alto, CA 94306

American LegalNet, Inc.
www.USCourtForms.com