IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-862-JJF |
| v. | ) ) | |
| FACEBOOK, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) ) | |

## LEADER TECHNOLOGIES, INC.'S REPLY TO COUNTERCLAIMS OF DEFENDANT FACEBOOK, INC.

Plaintiff Leader Technologies, Inc. ("Leader") replies to the counterclaims set forth by

Defendant Facebook, Inc. ("Facebook") in its Answer to Complaint for Patent Infringement;

Affirmative Defenses; and Counterclaims ("Counterclaims") as follows:

1.     Admitted.

2.     Admitted.

3.     Leader admits that the Counterclaims are brought under the patent laws of the

United States and that subject matter jurisdiction in this district is proper.

4.     Admitted.

5.     Admitted.

6.     Leader admits that there is an actual controversy between Leader and Facebook

regarding Facebook's infringement of the '761 Patent pursuant to 28 U.S.C. § § 2201 and 2202.

Leader admits that Facebook purports to seek a declaration related to infringement and validity

of the '761 Patent and purports that Leader's claims are barred.

## COUNT I

7.    Leader incorporates by reference paragraphs 1-6 of this Reply in response to Paragraph 7 of the Counterclaims.

8.    Leader denies the allegations of Paragraph 8 of the Counterclaims.

## COUNT II

9.    Leader incorporates by reference paragraphs 1-8 of this Reply in response to Paragraph 9 of the Counterclaims.

10.    Leader denies the allegations of Paragraph 10 of the Counterclaims.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense: Failure to State a Claim

11.    Counterclaimant fails to state a claim upon which relief can be granted.

## PRAYER FOR RELIEF

WHEREFORE, Leader denies that Facebook is entitled to any judgment or relief in its favor, including the relief sought in paragraphs A through F of the Prayer for Relief in the Defendant's Counterclaims.


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. Andre                                    By:_____
King & Spalding, LLC                                Philip A. Rovner (#3215)
333 Twin Dolphin Drive                             Hercules Plaza
Suite 400                                          P.O. Box 951
Redwood City, California 94065-6109                Wilmington, DE 19899
(650) 590-7100                                     (302) 984-6000
                                                   provner@potteranderson.com
Dated: January 28, 2009
900440                                             *Attorneys for Plaintiff*
                                                   *Leader Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on January 28, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, HAND DELIVERY AND E-MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on January 28, 2009 I have sent by E-mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Craig W. Clark, Esq.
Melissa H. Keyes, Esq.
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
hkeefe@whitecase.com; mweinstein@whitecase.com
cclark@whitecase.com; mkeyes@whitecase.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com