IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-862-JJF |
| v. | ) ) ) | |
| FACEBOOK, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Paul J. André, Esq. and Lisa Kobialka, Esq., King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood Shores, CA 94065 to represent plaintiff Leader Technologies, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

Dated: February 5, 2009
901639

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　United States District Judge

# CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: 2/3/05

Paul J. Andre
King & Spalding
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
(650) 590-0700
pandre@kslaw.com

## CERTIFICATION

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court; or

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date:

*/s/ Lisa Kobialka*
Lisa Kobialka
King & Spalding
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065
(650) 590-0700
lkobialka@kslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 5, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, HAND DELIVERY AND E-MAIL

> Thomas P. Preston, Esq.
> Steven L. Caponi, Esq.
> Blank Rome LLP
> 1201 Market Street
> Wilmington, DE 19801
> Preston-T@blankrome.com
> caponi@blankrome.com

I hereby certify that on February 5, 2009 I have sent by E-mail the foregoing document to the following non-registered participants:

> Heidi L. Keefe, Esq.
> Mark R. Weinstein, Esq.
> Craig W. Clark, Esq.
> Melissa H. Keyes, Esq.
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 9th Floor
> Palo Alto, CA 94306
> hkeefe@whitecase.com; mweinstein@whitecase.com
> cclark@whitecase.com; mkeyes@whitecase.com

> /s/ Philip A. Rovner
> Philip A. Rovner (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P. O. Box 951
> Wilmington, DE 19899
> (302) 984-6000
> provner@potteranderson.com