IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>     Defendant. | Civil Action No. 1:08-cv-00862-JJF<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Dennis P. McCooe, Esquire, to represent Facebook, Inc. in the above matter.

                  **BLANK ROME LLP**

                  */s/ Steven L. Caponi*
                  Steven L. Caponi (DE Bar No. 3484)
                  1201 Market Street, Suite 800
                  Wilmington, DE 19801
                  302-425-6400
                  302-425-6464
                  caponi@blankrome.com

Dated: February 17, 2009        *Attorneys for Defendant*
                  *Facebook, Inc.*

128605.00602/40178823v.1