# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation<br><br>       Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation<br><br>       Defendant. | CIVIL ACTION<br><br>NO.  1:08-cv-00862-JJF<br><br><br>**NOTICE OF SERVICE** |

The undersigned hereby certifies that copies of (1) Facebook, Inc.'s First Set of Requests for Production of Documents to Leader Technologies, Inc.; and (2) Facebook, Inc.'s First Set of Interrogatories to Leader Technologies, Inc. were caused to be served on February 18, 2009 upon the following in the manner indicated:

**BY PERSONAL SERVICE:**

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Meghan A. Wharton, Esq.
King & Spalding
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

1

**BY MAIL:**

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899-0951


Dated: February 19, 2009

By:   */s/ Steven L. Caponi*
    Thomas P. Preston (DE Bar #2548)
    Steven L. Caponi (DE Bar #3484)
    BLANK ROME LLP
    1201 N. Market Street
    Wilmington, DE 19801
    302-425-6400
    Fax: 302-425-6464

And

Dennis P. McCooe
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

OF COUNSEL:

Heidi L. Keefe
Mark R. Weinstein
Craig W. Clark
Melissa Keyes
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306