# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) C.A. No. 08-862-JJF ) ) |
| v. | ) ) ) |
| FACEBOOK, INC., a Delaware corporation, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 20, 2009, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

**PLAINTIFF LEADER TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT FACEBOOK, INC. (NOS. 1-13)**

**PLAINTIFF LEADER TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT FACEBOOK, INC. (1-73)**

| BY HAND DELIVERY AND E-MAIL | BY E-MAIL |
|---|---|
| Thomas P. Preston, Esq.<br>Steven L. Caponi, Esq.<br>Blank Rome LLP<br>1201 Market Street<br>Wilmington, DE 19801<br>Preston-T@blankrome.com<br>caponi@blankrome.com | Heidi L. Keefe, Esq.<br>Mark R. Weinstein, Esq.<br>Craig W. Clark, Esq.<br>Melissa H. Keyes, Esq.<br>White & Case LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306<br>hkeefe@whitecase.com;<br>mweinstein@whitecase.com<br>cclark@whitecase.com;<br>mkeyes@whitecase.com |

OF COUNSEL:

Paul J. André
King & Spalding, LLC
333 Twin Dolphin Drive
Suite 400
Redwood City, California 94065-6109
(650) 590-7100

Dated: February 20, 2009
904149

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on February 20, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

## BY CM-ECF, HAND DELIVERY AND E-MAIL

>Thomas P. Preston, Esq.
>Steven L. Caponi, Esq.
>Blank Rome LLP
>1201 Market Street
>Wilmington, DE 19801
>Preston-T@blankrome.com
>caponi@blankrome.com

I hereby certify that on February 20, 2009 I have sent by E-mail the foregoing document to the following non-registered participants:

>Heidi L. Keefe, Esq.
>Mark R. Weinstein, Esq.
>Craig W. Clark, Esq.
>Melissa H. Keyes, Esq.
>White & Case LLP
>3000 El Camino Real
>5 Palo Alto Square, 9th Floor
>Palo Alto, CA 94306
>hkeefe@whitecase.com; mweinstein@whitecase.com
>cclark@whitecase.com; mkeyes@whitecase.com

>/s/ Philip A. Rovner
>Philip A. Rovner (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P. O. Box 951
>Wilmington, DE 19899
>(302) 984-6000
>provner@potteranderson.com