

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

February 27, 2009

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE 19801

Re: Leader Technologies, Inc. v. Facebook, Inc.,
D. Del., C.A. No. 08-862-JJF

Dear Judge Farnan:

In anticipation of the scheduling conference in the above-referenced matter, scheduled to be held on Tuesday, March 3, 2009 at 2:00 p.m., I am enclosing the parties' proposed Scheduling Order for Your Honor's consideration. As indicated in the proposed order, the parties have reached agreement on a number of issues. Where they have not (paragraphs 2, 4(a), (c), (e), 6, 7, and 8), the proposed order contains the parties' competing views.

Counsel are available at the Court's convenience prior to the conference should Your Honor have any questions.

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/904855
Enc.
cc: Steven L. Caponi, Esq. – By E-File and E-mail
    Heidi L. Keefe, Esq. – By –E-mail
    Paul J. Andre, Esq. – By E-mail