# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., a Delaware corporation <br><br> Defendant. | CIVIL ACTION <br><br> NO. 1:08-cv-00862-JJF <br><br><br> **NOTICE OF SERVICE** |

The undersigned hereby certifies that copies of Facebook, Inc.'s Initial Disclosures were caused to be served on March 3, 2009 upon the following in the manner indicated:

**BY MAIL and EMAIL:**

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Meghan A. Wharton, Esq.
King & Spalding
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
pandre@kslaw.com
lkobialka@kslaw.com
mwharton@kslaw.com

1

PALOALTO 96636 (2K)

**BY MAIL and EMAIL:**

Philip A. Rovner, Esq.
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899-0951
provner@potteranderson.com

Dated: March 4, 2009

By: /s/ Steven L. Caponi
Thomas P. Preston (DE Bar #2548)
Steven L. Caponi (DE Bar #3484)
BLANK ROME LLP
1201 N. Market Street
Wilmington, DE 19801
302-425-6400
Fax: 302-425-6464

And

Dennis P. McCooe
BLANK ROME LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

OF COUNSEL:

Heidi L. Keefe
Mark R. Weinstein
Craig W. Clark
Melissa Keyes
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306