

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140    Direct Phone
(302) 658-1192    Fax

March 25, 2009

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
U.S. Courthouse
844 North King Street
Wilmington, DE  19801

        Re:    Leader Technologies, Inc. v. Facebook, Inc.,
              D. Del., C.A. No. 08-862-JJF

Dear Judge Farnan:

        In accordance with Your Honor's directive at the March 3, 2009 scheduling
conference in this matter, I am enclosing plaintiff Leader Technologies, Inc.'s ("Leader")
proposed scheduling order.  Leader's proposal reflects the dates that were discussed at the March
3 scheduling conference.  Specifically, Leader's proposed schedule includes the Court-ordered
trial date of June 7, 2010 (March, 3, 2009, Scheduling Conference Transcript ("Tr.") 24:5-8).
Leader's proposed scheduling order also reflects other dates that were discussed during the
hearing, including a fact discovery cut-off date of July 10, 2009 (Tr. at 19:20-23) and the date for
a Markman hearing of October 14, 2009 (Tr. at 19:24-20:2).

        Regrettably, the attached scheduling order does not contain any dates agreed upon
by Defendant Facebook, Inc. ("Facebook") because Facebook refused to discuss any dates
during the meet and confer between the parties regarding the schedule in this case.  Facebook
took the position that, because it was dissatisfied with some of Leader's interrogatory responses,
it was not required to provide proposed dates for the scheduling order.  Even if Leader's
discovery responses were deficient in some way (which they were not), refusing to engage in the
post-scheduling conference meet and confer process is clearly not a proper response.  Here,
however, Leader's interrogatory responses to Facebook's nine interrogatories were more than
sufficient to allow Facebook to agree on discovery dates.  It included infringement charts,
identification of documents by Bates Number of screen shots of Facebook's website to support
the infringement contentions, and was no less than 34 pages long.

Dockets.Justia.com

Leader respectfully submits that its proposed scheduling order be entered by the Court. Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully,

Philip A. Rovner
provner@potteranderson.com

PAR/mes/908796
Enc.
cc: Steven L. Caponi, Esq. – By E-File and E-mail
Heidi L. Keefe, Esq. – By –E-mail
Paul J. Andre, Esq. – By E-mail