# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>        Defendant. | NO. 1:08-cv-00862-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Steven L. Caponi, hereby certify that on the March 25, 2009, a copy of **FACEBOOK, INC.'S SECOND SET OF INTERROGATORIES TO LEADER TECHNOLOGIES, INC.** were served upon the following counsel in the manner indicated:

| BY PERSONAL SERVICE: | BY E-MAIL: |
|---|---|
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>Meghan A. Wharton, Esquire<br>King & Spalding<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br><br>pandre@kslaw.com<br>lkobialka@kslaw.com<br>mwharton@kslaw.com | Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>provner@potteranderson.com |

BLANK ROME LLP

Dated: March 26, 2009				By:  _/s/ Steven L. Caponi_____

                                Steven L. Caponi (DE BAR #3484)
                                1201 Market Street, Suite 800
                                Wilmington, DE  19801
                                (302) 425-6400
                                FAX: (302) 425-6464

                                and

OF COUNSEL:
   Heidi L. Keefe					Dennis P. McCooe
   Mark R. Weinstein				BLANK ROME LLP
   Craig W. Clark					One Logan Square
   Melissa H. Keyes				130 North 18th Street
   WHITE & CASE LLP				Philadelphia, PA  19103-6998
   3000 El Camino Real				*Attorneys for Defendant*
   5 Palo Alto Square, 9th Floor			*Facebook, Inc.*
   Palo Alto, CA  94306

128605.00602/40179881v.1