# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff-Counterdefendant, | |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant-Counterclaimant | |

Civil Action No. 08-862-JJF

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 17, 2009, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

LEADER TECHNOLOGIES, INC.'S FIRST SUPPLEMENTAL RESPONSES TO
FACEBOOK, INC.'S INTERROGATORIES NOS. 3 AND 9

| BY HAND DELIVERY AND E-MAIL | BY E-MAIL |
|---|---|
| Thomas P. Preston, Esq.<br>Steven L. Caponi, Esq.<br>Blank Rome LLP<br>1201 Market Street<br>Wilmington, DE 19801<br>Preston-T@blankrome.com<br>caponi@blankrome.com | Heidi L. Keefe, Esq.<br>Mark R. Weinstein, Esq.<br>Craig W. Clark, Esq.<br>Melissa H. Keyes, Esq.<br>White & Case LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306<br>hkeefe@whitecase.com;<br>mweinstein@whitecase.com<br>cclark@whitecase.com;<br>mkeyes@whitecase.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065-6109
(650) 590-7100

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

Dated: April 17, 2009
912448

*Attorneys for Plaintiff-Counterdefendant
Leader Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on April 17, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, HAND DELIVERY AND E-MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on April 17, 2009 I have sent by E-mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Craig W. Clark, Esq.
Melissa H. Keyes, Esq.
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
hkeefe@whitecase.com; mweinstein@whitecase.com
cclark@whitecase.com; mkeyes@whitecase.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com