IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant. | NO. 1:08-cv-00862-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Steven L. Caponi, hereby certify that on May 15, 2009, a copy of **FACEBOOK, INC.'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF LEADER TECHNOLOGIES, INC.'S INTERROGATORY NOS. 3, 4, 6 AND 10** were served upon the following counsel in the manner indicated:

| **BY E-MAIL & FIRST-CLASS MAIL:** | **BY E-MAIL & FIRST-CLASS MAIL:** |
|---|---|
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>James Hannah, Esquire<br>King & Spalding<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br><br>pandre@kslaw.com<br>lkobialka@kslaw.com<br>mwharton@kslaw.com | Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>provner@potteranderson.com |

128605.00602/40181113v.1

BLANK ROME LLP

Dated: May 18, 2009

By:   */s/ Steven L. Caponi*
    Steven L. Caponi (DE BAR #3484)
    1201 Market Street, Suite 800
    Wilmington, DE 19801
    (302) 425-6400
    FAX: (302) 425-6464

and

OF COUNSEL:
    Heidi L. Keefe
    Mark R. Weinstein
    Craig W. Clark
    Melissa H. Keyes
    WHITE & CASE LLP
    3000 El Camino Real
    5 Palo Alto Square, 9th Floor
    Palo Alto, CA 94306

Dennis P. McCooe
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
*Attorneys for Defendant*
*Facebook, Inc.*