# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) |
| Plaintiff-Counterdefendant, | ) ) Civil Action No. 08-862-JJF |
| v. | ) ) ) |
| FACEBOOK, INC., a Delaware corporation, | ) ) |
| Defendant-Counterclaimant. | ) ) |

**DECLARATION OF PAUL ANDRE IN SUPPORT OF LEADER TECHNOLOGIES, INC.'S ANSWERING BRIEF IN OPPOSITION TO FACEBOOK'S MOTION COMPELLING LEADER'S RESPONSE TO FACEBOOK'S INTERROGATORY NO. 1**

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065-6109
(650) 590-7100

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

Dated: May 18, 2009

I, Paul Andre, hereby declare:

1. I am a Partner with the law firm King & Spalding LLP, counsel of record for Plaintiff Leader Technologies, Inc. ("Leader"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. On April 2, 2009, the parties had a telephone conference regarding Facebook's disapproval of Leader's definition of the Facebook Website and Leader's preliminary infringement contentions. During the call, Leader explained that Claim 1 of the '761 Patent was essentially comprised of two elements, a "context component" and a "tracking component." Leader also stated that it would need back-end technical information in order to provide further detail to its preliminary infringement contentions. However, Facebook refused to provide Leader with any technical information.

3. In an attempt to resolve the dispute regarding Leader's preliminary infringement contentions, Leader provided further detail to its infringement contentions relating to specific representative elements of the asserted claims on April 6, 2009.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 17th day of May 2009, at Redwood Shores, California.

Paul Andre

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 18, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on May 18, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Craig W. Clark, Esq.
Melissa H. Keyes, Esq.
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
hkeefe@whitecase.com; mweinstein@whitecase.com
cclark@whitecase.com; mkeyes@whitecase.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com