# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, ) ) ) | |
| Plaintiff-Counterdefendant, ) ) | Civil Action No. 08-862-JJF |
| v. ) ) | |
| FACEBOOK, INC., a Delaware corporation, ) ) | |
| Defendant-Counterclaimant. ) | |

### DECLARATION OF LISA KOBIALKA IN SUPPORT OF LEADER TECHNOLOGIES, INC.'S ANSWERING BRIEF IN OPPOSITION TO FACEBOOK'S MOTION COMPELLING LEADER'S RESPONSE TO FACEBOOK'S INTERROGATORY NO. 1

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065-6109
(650) 590-7100

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

Dated: May 18, 2009

I, Lisa Kobialka, hereby declare:

1. I am a Partner with the law firm King & Spalding LLP, counsel of record for Plaintiff Leader Technologies, Inc. ("Leader"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No. 7,139,761, bates numbered LTI 000001-31.

3. Attached hereto as Exhibit 2 is a true and correct copy of screenshots from the Facebook Website, bates numbered LTI 000868-69, LTI 000870, and LTI 000873.

4. Attached hereto as Exhibit 3 is a true and correct copy of a Facebook Application Programming Interface (API) call entitled "Users.setStatus," bates numbered LTI 000696-97.

5. Attached hereto as Exhibit 4 is a true and correct copy of another Facebook API call entitled "Auth.getSession," bates numbered LTI 000037-39.

6. On April 10, 2009, I had a telephone conversation with Facebook's counsel, Craig Clark, regarding Leader's response to Facebook's Interrogatory No. 1. I requested that Facebook provide Leader with information, such as identification of its modules, how its technical information is categorized, and a description of the back-end of the Facebook website. I did so in an effort to see if we could resolve this discovery dispute. Facebook refused to provide Leader with any such information.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 18th day of May 2009, at Redwood Shores, California.

_____
Lisa Kobialka

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on May 18, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

> Thomas P. Preston, Esq.
> Steven L. Caponi, Esq.
> Blank Rome LLP
> 1201 Market Street
> Wilmington, DE 19801
> Preston-T@blankrome.com
> caponi@blankrome.com

I hereby certify that on May 18, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

> Heidi L. Keefe, Esq.
> Mark R. Weinstein, Esq.
> Craig W. Clark, Esq.
> Melissa H. Keyes, Esq.
> White & Case LLP
> 3000 El Camino Real
> 5 Palo Alto Square, 9th Floor
> Palo Alto, CA 94306
> hkeefe@whitecase.com; mweinstein@whitecase.com
> cclark@whitecase.com; mkeyes@whitecase.com

> /s/ Philip A. Rovner
> Philip A. Rovner (#3215)
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P. O. Box 951
> Wilmington, DE 19899
> (302) 984-6000
> provner@potteranderson.com