# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　Defendant and Counterclaimant. | Civil Action No. 1:08-cv-00862-JJF |

## DEFENDANT'S NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING RESPONSE TO FACEBOOK INTERROGATORY NO. 10

PLEASE TAKE NOTICE that, on Thursday, June 18, 2009 at 10:00 a.m. Defendant Facebook Inc. ("Facebook") will present its Motion for an Order Compelling Plaintiff, Leader Technologies, Inc. ("LTI"), to provide a complete answer to Facebook Interrogatory No. 10.

## DEFENDANT'S RULE 7.1.1. CERTIFICATION

Pursuant to Local Rule 7.1.1., Facebook certifies that a reasonable effort has been made to reach agreement with LTI on the matters set forth in this motion.

Dated: May 20, 2009

BLANK ROME LLP

By: _____
Thomas P. Preston (DE Bar #2548)
Steven L. Caponi (DE Bar #3484)
1201 N. Market Street
Wilmington, DE 19801
302-425-6400
Fax: 302-425-6464

*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Craig W. Clark (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

128605.00602/40181193v.1