IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation<br><br>    Plaintiff and Counterdefendant,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation<br><br>    Defendant and Counterclaimant. | Civil Action No. 1:08-cv-00862-JJF |

## NOTICE OF SERVICE

I, Steven L. Caponi, hereby certify that on May 21, 2009, a copy of **FACEBOOK, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS (NO. 74); FACEBOOK, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF LEADER TECHNOLOGIES, INC.'S SECOND SET OF INTERROGATORIES (NOS. 14-17); and FACEBOOK, INC.'S RESPONSE TO LEADER TECHNOLOGIES, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-34)** were served upon the following counsel in the manner indicated:

| **By E-mail and First-Class Mail to:** | **By E-mail and First-Class Mail to:** |
|---|---|
| Paul J. Andre, Esq. (pandre@kslaw.com)<br>Lisa Kobialka, Esq. (lkobialka@kslaw.com)<br>James Hannah, Esq. (jhanna@kslaw.com)<br>King & Spalding<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065 | Philip A. Rovner, Esq.<br>(provner@potteranderson.com)<br>Potter Anderson & Corroon LLP<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

BLANK ROME LLP

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Craig W. Clark (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Dated: May 22, 2009

By: _/s/ Steven L. Caponi_
Thomas P. Preston (DE Bar #2548)
Steven L. Caponi (DE Bar #3484)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
302-425-6400
Fax: 302-425-6464

*Attorneys for Defendant and*
Counterclaimant Facebook, Inc.