IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LEADER TECHNOLOGIES, INC.,      :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 08-862 JJF
                                :
FACEBOOK INC.,                  :
                                :
        Defendant,              :
                                :

## O R D E R

WHEREAS, the Court held a Motion Day Hearing

on May 28, 2009 in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Court has suspended its non-case dispositive

motions procedure in this matter.

2) Magistrate Judge Stark shall hear and resolve all

discovery disputes that may arise.

May 28, 2009
DATE                            UNITED STATES DISTRICT JUDGE