## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEADER TECHNOLOGIES, INC.,<br>a Delaware corporation, | ) ) ) | |
| | ) | Civil Action No. 08-862-JJF |
| Plaintiff-Counterdefendant, | ) ) | |
| v. | ) ) | |
| FACEBOOK, INC.,<br>a Delaware corporation, | ) ) ) | |
| Defendant-Counterclaimant | ) ) | |

<u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on June 8, 2009, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

**LEADER TECHNOLOGIES, INC.'S FIRST SUPPLEMENTAL RESPONSE TO FACEBOOK, INC.'S INTERROGATORY NO. 10**

**<u>BY E-MAIL AND FIRST CLASS MAIL</u>**

| | |
|---|---|
| Thomas P. Preston, Esq.<br>Steven L. Caponi, Esq.<br>Blank Rome LLP<br>1201 Market Street<br>Wilmington, DE 19801<br>Preston-T@blankrome.com<br>caponi@blankrome.com | Heidi L. Keefe, Esq.<br>Mark R. Weinstein, Esq.<br>Craig W. Clark, Esq.<br>Melissa H. Keyes, Esq.<br>White & Case LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306<br>hkeefe@whitecase.com;<br>mweinstein@whitecase.com<br>cclark@whitecase.com;<br>mkeyes@whitecase.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California  94065-6109
(650) 590-7100

Dated: June 8, 2009
919719

By:  /s/ Philip A. Rovner
      Philip A. Rovner (#3215)
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE  19899
      (302) 984-6000
      provner@potteranderson.com

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on June 8, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on June 8, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Craig W. Clark, Esq.
Melissa H. Keyes, Esq.
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
hkeefe@whitecase.com; mweinstein@whitecase.com
cclark@whitecase.com; mkeyes@whitecase.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com