

Phone: (302) 425-6408
Fax: (302) 428-5106
Email: Caponi@BlankRome.com

June 11, 2009

**VIA HAND & ELECTRONIC FILING**

The Honorable Leonard P. Stark
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Leader Technologies, Inc. v. Facebook, Inc.*, **C.A. No. 08-862-JJF**

Dear Magistrate Stark:

    I write on behalf of the parties to respectfully request a brief status conference regarding procedures for raising pre-trial matters with the Court.

    On May 28, 2009, the parties appeared before Judge Farnan to address several motions to compel. During the hearing, the parties were informed that, going forward, Your Honor would handle pre-trial related matters in this action. This included a pending motion to compel that was filed by Facebook, but not in time to be considered at the May 28 hearing. The parties are requesting a status conference in order to obtain the Court's procedures for addressing the pending and future pre-trial matters.

                                                       Respectfully submitted

                                                       Steven L. Caponi
                                                       I.D. No. 3484

SLC/pb

cc:    Clerk of Court (via hand delivery and e-filing)
        Philip A. Rovner, Esquire (via e-service)