## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leader Technologies Inc, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-862-JJF-LPS |
| Facebook Inc., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **28th** day of **July, 2009**,

Having reviewed the parties' letters (D.I. 74, D.I. 75) regarding ongoing discovery disputes that were also the subject of an in-court hearing before Judge Farnan (D.I. 72), of earlier letters (D.I. 65, D.I. 67), and of a teleconference with the undersigned magistrate judge (D.I. 77), and having been advised by Leader that – subsequent to reviewing limited portions of Facebook's source code – Leader's expert has concluded that "all of the source code [and relevant technical documents] must be made available to complete a meaningful review" (D.I. 74 at 1; *see also id.* Ex. A (Declaration of Leader's expert)),

IT IS HEREBY ORDERED THAT:

1. Facebook shall, as it has offered to do, produce to Leader a hierarchical map of its source code, no later than **July 31, 2009**.

2. Leader shall provide Facebook with a list of the sourcecode "modules" with respect to which it seeks production of technical documents no later than **August 7, 2009**. Facebook shall provide Leader with all such relevant technical documents no later than **August 14, 2009**.

3. Facebook shall produce its entire source code, for Leader's review, subject to the procedures set forth in the Protective Order (D.I. 35), no later than **August 21, 2009**.

4. Leader shall promptly complete its review of Facebook's source code and shall, based on such review, provide supplemental contention interrogatories to Facebook no later than **September 18, 2009**.

5. Leader's request to compel production of documents from prior litigation involving Facebook is DENIED without prejudice to Leader renewing such request subsequent to the production of the supplemental contention interrogatories described above if, following additional efforts to meet and confer, in good faith Leader believes it necessary to renew such motion.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

*[signature]*
United States Magistrate Judge