# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | )<br>)<br>) |
| Plaintiff-Counterdefendant, | ) Civil Action No. 08-862-JJF/LPS<br>) |
| v. | )<br>) |
| FACEBOOK, INC., a Delaware corporation, | )<br>)<br>) |
| Defendant-Counterclaimant. | ) |

## PLAINTIFF LEADER TECHNOLOGIES, INC.'S NOTICE OF 30(b)(6) DEPOSITION OF FACEBOOK, INC.

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Leader Technologies, Inc. ("Leader"), by their attorneys, will take the deposition upon oral examination of Defendant Facebook, Inc. ("Facebook"), by or through one or more of its officers, directors, managing agents or other persons who consent to testify on its behalf about matters set forth in Schedule A. Prior to the deposition, Facebook is requested to designate in writing to Leader the name(s) of the person(s) who will testify on its behalf concerning the subject matters set forth in Schedule A, and for each such written designation, Facebook is requested to specify in writing the matter(s) as to which that person will testify.

The deposition will commence at 9:30 a.m. on August 10, 2009, at the offices of King & Spalding LLP, 333 Twin Dolphin Dr., Suite 400, Redwood Shores, CA 94065, or at such other time and place as counsel may mutually agree upon. The deposition will be taken before a notary public or other officer authorized to administer an oath and will continue day-to-day until concluded, or may be continued until completed at a future date or dates.

PLEASE TAKE FURTHER NOTICE, pursuant to Rule 30(b)(3) of the Federal Rules of Civil Procedure, the deposition will be videotaped and/or recorded stenographically.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065-6109
(650) 590-7100

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

Dated: July 29, 2009
926646

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

# SCHEDULE A TO NOTICE OF DEPOSITION OF FACEBOOK, INC. PURSUANT TO FED.R.CIV.P. 30(b)(6)

## DEFINITIONS

A. The term "Leader" shall mean Leader Technologies, Inc., its present and former directors, officers, employees, parent organization(s), subsidiary organization(s), predecessors-in-interest, successors-in-interest, divisions, servants, agents, attorneys, consultants, partners, associates, investigators, representatives, accountants, financial advisors, distributors, and any other person acting on its behalf, pursuant to its authority or subject to its control.

B. The term "Facebook" shall mean Facebook, Inc., its present and former directors, officers, employees, parent organization(s), subsidiary organization(s) including ConnectU, Inc., predecessors-in-interest, successors-in-interest, divisions, servants, agents, attorneys, consultants, partners, associates, investigators, representatives, accountants, financial advisors, distributors, and any other person acting on its behalf, pursuant to its authority or subject to its control.

C. The term "patent-in-suit" shall mean U.S. Patent No. 7,139,761, entitled "Dynamic Association of Electronically Stored Information with Iterative Workflow Changes," the application leading to this patent and any related patent application, including any WIPO, EPO, or other foreign counterpart application or patents, any continuations, continuations in part, divisionals, reissues, reexaminations, extensions or parents thereof.

D. The term "Action" refers to Civil Action No. 08-862 filed in the United States District Court for the District of Delaware on November 19, 2008 styled Leader Technologies, Inc. v. Facebook, Inc.

E. The term "Facebook Website" shall mean the Facebook services and network currently located at www.facebook.com and formerly located at www.thefacebook.com

(including any directly associated current or former domains), and all functionalities, components, programs, and modules (both software and hardware) currently or formerly built and used by Facebook. "Facebook Website" includes all components and information necessary to build and use features and applications created by Facebook including but not limited to: Facebook Flyers (now called Facebook Advertising); Facebook Platform; Facebook Platform Applications (including, but not limited to Facebook Video, Facebook Notes, Facebook Mobile, Facebook Posted Items (now called Facebook Links), Facebook Photos, Facebook Events, Facebook Gifts, Facebook Groups, Discussion Boards (part of Facebook Groups), Discography (part of Facebook Pages), Music Player (part of Facebook Pages), Translations, Wall, Facebook Exporter for iPhoto and Facebook Toolbar for Firefox); Facebook Mobile Services; Facebook Connect; Facebook Pages; Share Service; Share Link; Facebook Ads; Facebook Beacon; Social Ads; News Feed; Mini-Feed; and any other tools which facilitate Site Content or User Content. For purposes of clarification and not limitation, these terms shall have at least the same meaning as used in Facebook's Privacy Policy located at www.facebook.com/policy.php (effective as of November 26, 2008), Terms of Use located at www.facebook.com/terms.php (revised on September 23, 2008), and Product Overview FAQ located at www.facebook.com/press/faq.php (accessed on December 17, 2008). For the purposes of this definition, "Facebook Website" does not include applications created by third parties.

F. The term "communication" shall mean every manner or method of disclosure, transfer or exchange of information, whether orally or by document, and whether face to face, by telephone, mail, e-mail, facsimile, personal delivery or through another medium, including,

2

but not limited to, discussions, conversations, negotiations, conferences, meetings, speeches, memoranda, letters, correspondence, notes, statements or questions.

G. The term "person(s)" shall mean, without limitation, any natural person, or association, firm, partnership, corporation or any other form of legal entity, unless the context indicates otherwise.

H. The term "document" shall have the meaning of "document" as set forth in Leader Technologies, Inc.'s First Set of Requests for Production of Documents and Things to Defendant Facebook, Inc.

I. The term "module" shall mean an independent piece of code which forms part of a larger program. With regard to the source code repository, each individual file shall be considered a separate module.

J. The words "and" and "or" shall be construed conjunctively or disjunctively in a manner making the request inclusive rather than exclusive.

K. The singular of any word or phrase shall include the plural of such word or phrase, and the plural of any word or phrase shall include the singular of such word or phrase.

L. The terms "relating to, "relate to," "refer to" and "referring to" mean referring to, alluding to, responding to, concerning, connected with, commenting on, in respect of, about, regarding, discussing, showing, identifying, describing, mentioning, reflecting, analyzing, comprising, constituting, evidencing, supporting, refuting, contradicting, memorializing, pertaining to, bearing upon or illuminating the subject matter into which inquiry is made.

M. The term "all" shall mean "any and all," and the term "any" shall mean "any and all."

## PRELIMINARY STATEMENT

Defendant Facebook, Inc. shall designate one or more persons to testify regarding the topics listed below, in accordance with the following Definitions.

## DEPOSITION TOPICS

1. The conception, design, structure, research, development, operation, features, and testing of each program, feature or application of the Facebook Website.

2. The development and operation of the source code modules used to operate facebook.com, including those modules identified in FBSC00000001-FBSC00000003.

3. The development and operation of the Falcon architecture.

4. The development and operation of the Falcon / Wisdom event system.

5. The development and operation of falcon.php.

6. The development and operation of the get_loggedin_user function.

7. The development and operation of the source code modules that utilize the get_loggedin_user function.

8. The development and operation of the login process.

9. The source code modules responsible for tracking users on the Facebook website.

10. The development and operation of the source code modules responsible for tracking users on the Facebook website.

11. The Facebook database schema(s) used to store Facebook related data.

12. The development and operation of schema.multi.

4

13. The design of the Facebook website, including how information on the Facebook website is modeled.

14. The development and operation of wall.php.

15. The development and operation of home.php.

16. The development and operation of all applications linked to home.php.

17. The development and operation of base.php.

18. The development and operation of profile.php.

19. The development and operation of context.log.php.

20. The development and operation of context_log_event function.

21. The development and operation of the source code modules that utilize the context_log_event function.

22. The development and operation of datr_cookie.php.

23. The development and operation of history.php.

24. The development and operation of associations.php.

25. The development and operation of actions.php.

26. The development and operation of share_data.php.

27. The development and operation of the fbobject source code module.

28. The development and operation of all files found in the fbobject directory.

29. The development and operation of the fbpage source code module.

30. The development and operation of all files found in the fbpage directory.

31. The development and operation of the Home application, including the operation of the Home application from a user perspective.

32. The development and operation of the Profile application, including the operation of the Profile application from a user perspective.

33. The development and operation of the Wall application, including the operation of the Wall application from a user perspective.

34. The development and operation of the Groups application, including the operation of the Groups application from a user perspective.

35. The development and operation of the Photos application, including the operation of the Photos application from a user perspective.

36. The development and operation of the Events application, including the operation of the Events application from a user perspective.

37. Facebook's document, electronic information, and data storage retention policies.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on July 29, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on July 29, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Craig W. Clark, Esq.
Melissa H. Keyes, Esq.
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
hkeefe@whitecase.com; mweinstein@whitecase.com
cclark@whitecase.com; mkeyes@whitecase.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com