# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant. | NO. 1:08-cv-00862-JJF<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Steven L. Caponi, hereby certify that on August 5, 2009, copies of **FACEBOOK, INC.'S THIRD SET OF INTERROGATORIES TO LEADER TECHNOLOGIES, INC.** and **FACEBOOK, INC.'S FIRST SET OF REQUESTS FOR ADMISSIONS TO LEADER TECHNOLOGIES, INC.** were served upon the following counsel in the manner indicated:

| BY E-MAIL & FIRST-CLASS MAIL: | BY E-MAIL & FIRST-CLASS MAIL: |
|---|---|
| Paul J. Andre, Esquire<br>Lisa Kobialka, Esquire<br>James Hannah, Esquire<br>King & Spalding<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065<br><br>pandre@kslaw.com<br>lkobialka@kslaw.com<br>mwharton@kslaw.com | Philip A. Rovner, Esquire<br>Potter Anderson & Corroon LLP<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>provner@potteranderson.com |

BLANK ROME LLP

Dated: August 5, 2009          By:   /s/ Steven L. Caponi
                                      Steven L. Caponi (DE BAR #3484)
                                      1201 Market Street, Suite 800
                                      Wilmington, DE  19801
                                      (302) 425-6400
                                      FAX: (302) 425-6464

                                      and

OF COUNSEL:                           Dennis P. McCooe
  Heidi L. Keefe                      BLANK ROME LLP
  Mark R. Weinstein                   One Logan Square
  Craig W. Clark                      130 North 18th Street
  Melissa H. Keyes                    Philadelphia, PA  19103-6998
  WHITE & CASE LLP                    *Attorneys for Defendant*
  3000 El Camino Real                 *Facebook, Inc*.
  5 Palo Alto Square, 9th Floor
  Palo Alto, CA  94306