Leader Technologies Inc. v. Facebook Inc.

Doc. 84

# FILED UNDER SEAL

Dockets.Justia.com