## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LEADER TECHNOLOGIES, INC., a
Delaware corporation,

      Plaintiff and Counterdefendant,

      v.

FACEBOOK, INC., a Delaware
corporation,

      Defendant and Counterclaimant.

Civil Action No. 1:08-cv-00862-JJF

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

Procedure, Defendant Facebook, Inc., through its attorneys, served a subpoena on Xerox Corp. to

produce documents and things.  A copy of the subpoena is attached hereto.

| **By E-Mail and First-Class Mail** | **By E-Mail and Hand Delivery** |
|---|---|
| Paul J. Andre, Esq. (pandre@kslaw.com) | Philip A. Rovner, Esq. |
| Lisa Kobialka, Esq. (lkobialka@kslaw.com) | (provner@potteranderson.com) |
| James Hannah, Esq. (jhanna@kslaw.com) | Potter Anderson & Corroon LLP |
| King & Spalding | P.O. Box 951 |
| 333 Twin Dolphin Drive, Suite 400 | Wilmington, DE  19899-0951 |
| Redwood Shores, CA  94065 | |

**BLANK ROME LLP**

By:     */s/ Steven L. Caponi*

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Craig W. Clark (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306

Dated:  August 13, 2009

        Thomas P. Preston (DE Bar #2548)
        Steven L. Caponi (DE Bar #3484)
        1201 N. Market Street, Suite 800
        Wilmington, DE  19801
        302-425-6400
        Fax: 302-425-6464

        *Attorneys for Defendant and*
        *Counterclaimant Facebook, Inc.*