IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leader Technologies Inc, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 08-862-JJF-LPS |
| | : | |
| Facebook Inc., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At **Wilmington** this **13th** day of **August, 2009**:

IT IS HEREBY ORDERED that a teleconference to address Facebook's request for a stay (D.I.85) of the Court's Order Regarding Discovery Matters (D.I. 78) pending resolution of Facebook's objections to said Order (D.I. 78) will be held on **Thursday, August 20, 2009** at **2:00 p.m.** Facebook's counsel is to initiate the call to (302) 573-4573.

In advance of the forthcoming teleconference, Leader may submit a letter regarding Facebook's request for a stay no later than 2:00 p.m. on August 18, 2009, and Facebook may submit a responsive letter no later than 2:00 p.m. on August 19, 2009. These letters must not exceed 3 pages in length.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

*/s/ Leonard P. Stark*
UNITED STATES MAGISTRATE JUDGE