IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEADER TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 08-862-JJF-LPS |
| FACEBOOK, INC., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **20th day of August, 2009.**

For the reasons set forth by the Court during the teleconference today,

IT IS HEREBY ORDERED that:

1. The Court's Order dated July 28, 2009 (D.I. 78) is STAYED until **September 4, 2009.**

2. The parties shall submit letters on the following schedule: Leader's opening letter due by **August 27, 2009**; Facebook's response letter due by **September 1, 2009**; and Leader's reply letter due by **September 2, 2009.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE