IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Leader Technologies Inc, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 08-862-JJF-LPS |
| Facebook Inc., | : | |
| Defendant. | : | |

**ORDER**

And now this **26th** day of **August, 2009**, after having been advised by the Plaintiff and Defendant of their inability to resolve a discovery matter,

IT IS HEREBY ORDERED that a teleconference is scheduled for **Friday, September 4th, 2009** at **11:00 A.M.** Counsel for Plaintiff shall initiate the teleconference call to **302-573-4573**.

**IT IS FURTHER ORDERED** that each party seeking relief shall file with the Court a letter, not to exceed three (3) pages, outlining the issues in dispute and its position on those issues by **11:00 A.M.** on **Wednesday, September 2nd, 2009**. Any party opposing the application for relief may file a letter by **11:00 A.M.** on **Thursday, September 3rd, 2009**, not to exceed three (3) pages, outlining that party's reasons for its opposition. Should any document(s) be filed under seal, a copy of the sealed document(s) must be provided to the Magistrate Judge within one (1) hour of e-filing the document(s). Should the Court find further briefing necessary upon conclusion of the telephone conference, the Court will order it.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE