## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LEADER TECHNOLOGIES, INC., a
Delaware corporation,

        Plaintiff and Counterdefendant,

    v.

FACEBOOK, INC., a Delaware
corporation,

        Defendant and Counterclaimant.

Civil Action No. 1:08-cv-00862-JJF

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Facebook, Inc., through its attorneys, served its

First Supplemental Responses to Plaintiff Leader Technologies, Inc.'s Interrogatory No. 14 on

August 21, 2009 as follows:

**By E-Mail**

Paul J. Andre, Esq. (pandre@kslaw.com)
Lisa Kobialka, Esq. (lkobialka@kslaw.com)
James Hannah, Esq. (jhanna@kslaw.com)
King & Spalding
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA  94065

**By E-Mail**

Philip A. Rovner, Esq.
(provner@potteranderson.com)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE  19899-0951

**BLANK ROME LLP**

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Craig W. Clark (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306

Dated: August 27, 2009

By:    */s/ Steven L. Caponi*
        Thomas P. Preston (DE Bar #2548)
        Steven L. Caponi (DE Bar #3484)
        1201 N. Market Street, Suite 800
        Wilmington, DE  19801
        302-425-6400
        Fax: 302-425-6464

*Attorneys for Defendant and
Counterclaimant Facebook, Inc.*

128605.00602/40183496v.1