# SEALED
# DOCUMENT

Dockets.Justia.com