IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Civil Action No. 1:08-cv-00862-JJF |

## NOTICE OF ATTORNEY CHANGE OF ADDRESS AND CONTACT INFORMATION

PLEASE TAKE NOTICE that the firm name, address and contact information for attorneys Heidi L. Keefe and Mark R. Weinstein, both of whom were previously admitted *pro hac vice* to represent Defendant Facebook, Inc. in the above action, have changed.

Effective immediately, the new contact information for these attorneys is as follows:

Heidi L. Keefe
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: 650-843-5001
Fax: 650-857-0663

Mark R. Weinstein
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: 650-843-5007
Fax: 650-857-0663

The new email addresses for each attorney are:

Heidi L. Keefe    hkeefe@cooley.com
Mark R. Weinstein    mweinstein@cooley.com

128605.00602/40183625v.1

Please update all records accordingly.

|  | **BLANK ROME LLP** |
|---|---|
| | /s/ Steven L. Caponi |
| | By: _____ |
| OF COUNSEL: | Thomas P. Preston (DE Bar #2548) |
| | Steven L. Caponi (DE Bar #3484) |
| Heidi L. Keefe (*pro hac vice*) | 1201 N. Market Street, Suite 800 |
| Mark R. Weinstein (*pro hac vice*) | Wilmington, DE 19801 |
| Cooley Godward Kronish LLP | 302-425-6400 |
| Five Palo Alto Square | Fax: 302-425-6464 |
| 3000 El Camino Real | |
| Palo Alto, CA 94306-2155 | |
| | *Attorneys for Defendant and* |
| Dated: September 4, 2009 | *Counterclaimant Facebook, Inc.* |