# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) |
| Plaintiff-Counterdefendant, | ) ) ) |
| v. | ) ) |
| FACEBOOK, INC., a Delaware corporation, | ) ) ) ) |
| Defendant-Counterclaimant | ) |

Civil Action No. 08-862-JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 4, 2009, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

**PLAINTIFF LEADER TECHNOLOGIES, INC.'S THIRD SET OF INTERROGATORIES TO DEFENDANT FACEBOOK, INC.**

**PLAINTIFF LEADER TECHNOLOGIES, INC.'S SECOND SET OF REQUESTS FOR ADMISSION TO DEFENDANT FACEBOOK, INC. (NOS. 35-40)**

**LEADER TECHNOLOGIES, INC.'S RESPONSE TO FACEBOOK INC.'S INTERROGATORY NO. 11**

**LEADER TECHNOLOGIES, INC.'S OBJECTIONS AND RESPONSES TO FACEBOOK INC.'S REQUEST FOR ADMISSIONS (1-20), SET ONE**

**BY E-MAIL AND FIRST CLASS MAIL**

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
hkeefe@cooley.com
mweinstein@cooley.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Paul J. André
Lisa Kobialka
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065-6109
(650) 590-7100

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

Dated: September 4, 2009
932000

*Attorneys for Plaintiff*
*Leader Technologies, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 4, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on September 4, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
hkeefe@cooley.com
mweinstein@cooley.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com