Leader Technologies Inc. v. Facebook Inc.　　Doc. 113

# LETTER AND EXHIBITS A-F
# REDACTED IN THEIR ENTIRETY

Dockets.Justia.com