# LETTER AND EXHIBIT A REDACTED IN THEIR ENTIRETY