# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff-Counterdefendant, | |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant-Counterclaimant | |

Civil Action No. 08-862-JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 15, 2009, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

**LEADER TECHNOLOGIES, INC.'S SECOND SUPPLEMENTAL RESPONSE TO FACEBOOK, INC.'S INTERROGATORY NO. 9**

### BY E-MAIL AND FIRST CLASS MAIL

| | |
|---|---|
| Thomas P. Preston, Esq. | Heidi L. Keefe, Esq. |
| Steven L. Caponi, Esq. | Mark R. Weinstein, Esq. |
| Blank Rome LLP | Cooley Godward Kronish LLP |
| 1201 Market Street | Five Palo Alto Square |
| Wilmington, DE 19801 | 3000 El Camino Real |
| Preston-T@blankrome.com | Palo Alto, CA 94306-2155 |
| caponi@blankrome.com | hkeefe@cooley.com |
| | mweinstein@cooley.com |

| | |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| Paul J. André<br>Lisa Kobialka<br>James Hannah<br>King & Spalding, LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood Shores, California 94065-6109<br>(650) 590-7100 | By: /s/ Philip A. Rovner<br>    Philip A. Rovner (#3215)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com |
| Dated: September 15, 2009<br>933262 | *Attorneys for Plaintiff*<br>*Leader Technologies, Inc.* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 15, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

Thomas P. Preston, Esq.
Steven L. Caponi, Esq.
Blank Rome LLP
1201 Market Street
Wilmington, DE 19801
Preston-T@blankrome.com
caponi@blankrome.com

I hereby certify that on September 15, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

Heidi L. Keefe, Esq.
Mark R. Weinstein, Esq.
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
hkeefe@cooley.com
mweinstein@cooley.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com