# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff and Counterdefendant,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Civil Action No. 1:08-cv-00862-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Facebook, Inc., through its attorneys, served its **SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO LEADER TECHNOLOGIES, INC.** on September 16, 2009, as follows:

**By Personal Service**

Paul J. Andre, Esq. (pandre@kslaw.com)
Lisa Kobialka, Esq. (lkobialka@kslaw.com)
James Hannah, Esq. (jhanna@kslaw.com)
King & Spalding
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065

**By Mail**

Philip A. Rovner, Esq.
(provner@potteranderson.com)
Potter Anderson & Corroon LLP
P.O. Box 951
Wilmington, DE 19899-0951

**BLANK ROME LLP**

By: /s/ Steven L. Caponi
Thomas P. Preston (DE Bar #2548)
Steven L. Caponi (DE Bar #3484)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
302-425-6400
Fax: 302-425-6464

*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
**COOLEY GODWARD KRONISH LLP**
5 Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155

Dated: September 17, 2009

128605.00602/40183902v.1