# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff-Counterdefendant, | |
| v. | |
| FACEBOOK, INC., a Delaware corporation, | |
| Defendant-Counterclaimant | |

Civil Action No. 08-862-JJF

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 28, 2009, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

**PLAINTIFF LEADER TECHNOLOGIES, INC.'S FOURTH SET OF INTERROGATORIES TO DEFENDANT FACEBOOK, INC. (NO. 18)**

**PLAINTIFF LEADER TECHNOLOGIES, INC.'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT FACEBOOK, INC. (NO. 75-78)**

**BY E-MAIL AND FIRST CLASS MAIL**

| | |
|---|---|
| Thomas P. Preston, Esq. | Heidi L. Keefe, Esq. |
| Steven L. Caponi, Esq. | Mark R. Weinstein, Esq. |
| Blank Rome LLP | Cooley Godward Kronish LLP |
| 1201 Market Street | Five Palo Alto Square |
| Wilmington, DE 19801 | 3000 El Camino Real |
| Preston-T@blankrome.com | Palo Alto, CA 94306-2155 |
| caponi@blankrome.com | hkeefe@cooley.com |
| | mweinstein@cooley.com |

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul J. André<br>Lisa Kobialka<br>James Hannah<br>King & Spalding, LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood Shores, California 94065-6109<br>(650) 590-7100 | By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com<br><br>*Attorneys for Plaintiff*<br>*Leader Technologies, Inc.* |
| Dated: September 28, 2009<br>935208 | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on September 28, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

>Thomas P. Preston, Esq.
>Steven L. Caponi, Esq.
>Blank Rome LLP
>1201 Market Street
>Wilmington, DE 19801
>Preston-T@blankrome.com
>caponi@blankrome.com

I hereby certify that on September 28, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

>Heidi L. Keefe, Esq.
>Mark R. Weinstein, Esq.
>Cooley Godward Kronish LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA 94306-2155
>hkeefe@cooley.com
>mweinstein@cooley.com

>/s/ Philip A. Rovner
>Philip A. Rovner (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P. O. Box 951
>Wilmington, DE 19899
>(302) 984-6000
>provner@potteranderson.com