IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>     Defendant. | Civil Action No. 1:08-cv-00862-JJF<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Jeffrey Norberg to represent Defendant Facebook, Inc. in this matter.

**BLANK ROME LLP**

By: */s/ Steven L. Caponi*
_____
Steven L. Caponi (DE Bar No. 3484)
1201 Market Street, Suite 800
Wilmington, DE 19801
302-425-6400
302-425-6464
caponi@blankrome.com

*Attorneys for Defendant
Facebook, Inc.*

September 30, 2009

128605.00602/40184129v.1