IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:08-cv-00862-JJF |
| FACEBOOK, INC., a Delaware corporation, | : JURY TRIAL DEMANDED |
| Defendant. | : |

**PROPOSED ORDER**

IT IS HEREBY ORDERED that counsel's Motion For Admission *Pro Hac Vice* of Jeffrey Norberg is GRANTED.

Date: _____         _____
                                         The Honorable Joseph J. Farnan, Jr.

128605.00602/40184129v.1