## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and am admitted to practice before all of the courts of the State of California, the United States District Court for the Northern District of California, the United States District Court for the Central District of California and the United States Court of Appeals for the Ninth Circuit and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 9/30/2009    Signed: _____

Jeffrey Norberg
Cooley Godward Kronish LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: 650-843-5889
Fax: 650-857-0663
jnorberg@cooley.com

128605.00602/40178823v.1