IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant. | Civil Action No. 1:08-cv-00862-JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Defendant Facebook, Inc., through its attorneys, served its **RESPONSES TO PLAINTIFF LEADER TECHNOLOGIES, INC.'S THIRD SET OF INTERROGATORIES** and its **RESPONSES TO PLAINTIFF LEADER TECHNOLOGIES, INC.'S SECOND SET OF REQUESTS FOR ADMISSIONS** on October 7, 2009, as follows:

| **By Electronic Service & First-Class Mail** | **By Electronic Service & First-Class Mail** |
|---|---|
| Paul J. Andre, Esq. (pandre@kslaw.com)<br>Lisa Kobialka, Esq. (lkobialka@kslaw.com)<br>James Hannah, Esq. (jhanna@kslaw.com)<br>King & Spalding<br>333 Twin Dolphin Drive, Suite 400<br>Redwood Shores, CA 94065 | Philip A. Rovner, Esq.<br>(provner@potteranderson.com)<br>Potter Anderson & Corroon LLP<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

                                                                  **BLANK ROME LLP**

| | |
|---|---|
| OF COUNSEL:<br><br>Heidi L. Keefe (*pro hac vice*)<br>Mark R. Weinstein (*pro hac vice*)<br>Melissa H. Keyes (*pro hac vice*)<br>**COOLEY GODWARD KRONISH LLP**<br>5 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br><br>Dated: October 8, 2009 | By:   */s/ Steven L. Caponi*<br>     Thomas P. Preston (DE Bar #2548)<br>     Steven L. Caponi (DE Bar #3484)<br>     1201 N. Market Street, Suite 800<br>     Wilmington, DE 19801<br>     302-425-6400<br>     Fax: 302-425-6464<br><br>     *Attorneys for Defendant and Counterclaimant Facebook, Inc.* |