## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., ) <br> a Delaware corporation, ) <br> ) <br> ) Civil Action No. 08-862-JJF <br> ) <br> Plaintiff-Counterdefendant, ) <br> ) <br> v. ) <br> ) <br> FACEBOOK, INC., ) <br> a Delaware corporation, ) <br> ) <br> Defendant-Counterclaimant ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 15, 2009, true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

**LEADER TECHNOLOGIES, INC.'S RESPONSES TO FACEBOOK, INC.'S FOURTH
SET OF INTERROGATORIES (NOS. 12-18)
LEADER TECHNOLOGIES, INC.'S FIRST SUPPLEMENTAL RESPONSE TO
FACEBOOK, INC.'S INTERROGATORIES NO. 1**

### BY E-MAIL AND FIRST CLASS MAIL

| | |
|---|---|
| Thomas P. Preston, Esq. <br> Steven L. Caponi, Esq. <br> Blank Rome LLP <br> 1201 Market Street <br> Wilmington, DE 19801 <br> Preston-T@blankrome.com <br> caponi@blankrome.com | Heidi L. Keefe, Esq. <br> Mark R. Weinstein, Esq. <br> Cooley Godward Kronish LLP <br> Five Palo Alto Square <br> 3000 El Camino Real <br> Palo Alto, CA 94306-2155 <br> hkeefe@cooley.com <br> mweinstein@cooley.com |

OF COUNSEL:

Paul J. André
Lisa Kobialka
James Hannah
King & Spalding, LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065-6109
(650) 590-7100

Dated: October 15, 2009
937770

POTTER ANDERSON & CORROON LLP

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Plaintiff and Counterdefendant
Leader Technologies, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that on October 15, 2009, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following; that the document was served on the following counsel as indicated; and that the document is available for viewing and downloading from CM/ECF.

### BY CM-ECF, E-MAIL AND FIRST CLASS MAIL

>Thomas P. Preston, Esq.
>Steven L. Caponi, Esq.
>Blank Rome LLP
>1201 Market Street
>Wilmington, DE 19801
>Preston-T@blankrome.com
>caponi@blankrome.com

I hereby certify that on October 15, 2009 I have sent by E-mail and first class mail the foregoing document to the following non-registered participants:

>Heidi L. Keefe, Esq.
>Mark R. Weinstein, Esq.
>Jeffrey Norberg, Esq.
>Cooley Godward Kronish LLP
>Five Palo Alto Square
>3000 El Camino Real
>Palo Alto, CA 94306-2155
>hkeefe@cooley.com
>mweinstein@cooley.com
>jnorberg@cooley.com

>/s/ Philip A. Rovner
>Philip A. Rovner (#3215)
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P. O. Box 951
>Wilmington, DE 19899
>(302) 984-6000
>provner@potteranderson.com