IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR LEAVE TO AMEND ITS
RESPONSIVE PLEADING TO ADD A COUNTERCLAIM OF FALSE MARKING**

Defendant Facebook, Inc. ("Facebook") hereby moves this Court for leave to amend its responsive pleading to add a counterclaim of false marking, as more fully set forth in the accompanying Opening Brief in Support of this Motion.

Dated: October 21, 2009

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey Norberg (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**COOLEY GODWARD KRONISH LLP**
3000 El Camino Real
5 Palo Alto square, 4th floor
Palo Alto, CA 94306

BLANK ROME LLP

By: /s/ *Steven L. Caponi*
    Steven L. Caponi (DE Bar #3484)
    1201 N. Market Street
    Wilmington, DE 19801
    302-425-6400
    Fax: 302-425-6464

*Attorneys for Defendant-Counterclaimant Facebook, Inc.*

128605.00602/40184581v.1