IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　　Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS |

## PROPOSED ORDER

　　The Court, having considered Defendant Facebook, Inc.'s Motion for Leave to Amend Its Responsive Pleading to Add a Counterclaim of False Marking, and the parties' positions and arguments related thereto, hereby ORDERS as follows:

　　Defendant's Motion for Leave to Amend is GRANTED in its entirety. Pursuant to Local Rule 15.1, the Clerk of the Court is directed to file and docket the amended pleading submitted with the Defendant's Motion.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Joseph J. Farnan, Jr.