IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) CIVIL ACTION ) ) |
| Plaintiff and Counterdefendant, | ) No. 1:08-cv-00862-JJF ) |
| v. | ) ) |
| FACEBOOK, INC., a Delaware corporation, | ) ) ) |
| Defendant and Counterclaimant. | ) ) |

**DECLARATION OF JEFFREY NORBERG IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION FOR LEAVE TO AMEND ITS RESPONSIVE PLEADING TO ADD A COUNTERCLAIM OF FALSE MARKING**

I, Jeffrey Norberg, declare:

1. I am an attorney with Cooley Godward Kronish LLP, of counsel in this action for defendant Facebook, Inc. I make this declaration in support of Facebook's Motion for Leave to Amend its Responsive Pleading to Add a Counterclaim of False Marking. I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein.

2. Facebook made a reasonable effort to reach agreement with Leader Technologies, Inc. ("LTI") on the matters set forth in this motion. The parties met-and-conferred regarding Facebook's desire to amend its First Amended Answer, Affirmative Defenses, and Counterclaim to add a counterclaim of false marking. In that meet-and-confer, the parties were unable to reach an agreement sufficient to obviate Facebook's need to seek leave to amend from the Court.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Transcript of the

September 4, 2009 Telephone Conference before Judge Stark.

    4.    Attached hereto as Exhibit 2 is a true and correct copy of Leader Technologies, Inc.'s Responses to Facebook, Inc.'s Fourth Set of Interrogatories (Nos. 12-18).

    5.    Attached hereto as Exhibit 3 is a true and correct copy of Leader Technologies, Inc.'s Responses to Facebook, Inc.'s Second Set of Requests for Production of Documents to Leader Technologies, Inc. (49-80).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2009 in Palo Alto, California.

Jeffrey Norberg