IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>　　　Plaintiff-Counterdefendant,<br><br>　　　v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>　　　Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR STAY PENDING
REEXAMINATION OF U.S. PATENT NO. 7,139,761**

Defendant Facebook, Inc. ("Facebook") hereby requests that this Court consider its Motion To Stay Pending Reexamination of U.S. Patent No. 7,139,761, as more fully set forth in the accompanying Opening Brief in Support of this Motion.

Dated: October 21, 2009

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey Norberg (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
5 Palo Alto square, 4th floor
Palo Alto, CA 94306

BLANK ROME LLP

By: /s/ Steven L. Caponi
　　Steven L. Caponi (DE Bar #3484)
　　1201 N. Market Street
　　Wilmington, DE 19801
　　302-425-6400
　　Fax: 302-425-6464

*Attorneys for Defendant-Counterclaimant Facebook, Inc.*

128605.00602/40184587v.1