# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on Thursday, November 19, 2009 at 10:00 a.m., Defendant Facebook, Inc. will present its Motion for Stay Pending Reexamination of U.S. Patent No. 7,139,761.

Dated: October 21, 2009

BLANK ROME LLP

By: */s/ Steven L. Caponi*
Steven L. Caponi (DE Bar #3484)
**BLANK ROME LLP**
1201 N. Market Street
Wilmington, DE 19801
302-425-6400
Fax: 302-425-6464
*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

OF COUNSEL:
Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey Norberg (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**COOLEY GODWARD KRONISH LLP**
3000 El Camino Real
5 Palo Alto square, 4th floor
Palo Alto, CA 94306

128605.00602/40184583v.1