IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>Plaintiff-Counterdefendant,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS |

### PROPOSED ORDER

The Court, having considered Defendant Facebook, Inc.'s Motion to Stay Pending Reexamination of U.S. Patent No. 7,139,761, and the parties' positions and arguments related thereto, hereby ORDERS as follows:

The Defendant's Motion to Stay is GRANTED in its entirety. All proceedings related to this action are hereby stayed pending final resolution of the reexamination of U.S. Patent No. 7,139,761.

_____
Hon. Joseph J. Farnan, Jr.