# EXHIBIT D



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Inter Partes* Reexamination Filing Data - June 30, 2009

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ..........................................671[1]

2. Number of filings by discipline

   | | | |
   |---|---|---|
   | a. Chemical Operation | 142 | 21% |
   | b. Electrical Operation | 293 | 43% |
   | c. Mechanical Operation | 225 | 34% |
   | d. Design Patents | 11 | 2% |

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2003 | 21 | 2006 | 70 | 2009 | 195 YTD |
   | 2001 | 1 | 2004 | 27 | 2007 | 126 | | |
   | 2002 | 4 | 2005 | 59 | 2008 | 168 | | |

4. Number known to be in litigation ...........................................................446.................66%

5. Decisions on requests .............................................................................................. 583

   a. No. granted ............................................................................ 556 ............... 95%

      (1) By examiner                555
      (2) By Director (on petition)   1

   b. No. not granted ..................................................................... 31 ............... 5%

      (1) By examiner        27
      (2) Reexam vacated     4

6. Overall reexamination pendency (Filing date to certificate issue date)
   a. Average pendency              36.1 (mos.)
   b. Median pendency               33.0 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ................................... 77

   | | | |
   |---|---|---|
   | a. Certificates with all claims confirmed | 4 | 5% |
   | b. Certificates with all claims canceled (or disclaimed) | 46 | 60% |
   | c. Certificates with claims changes | 27 | 35% |

---

[1] Of the requests received in FY 2009, 14 requests have not yet been accorded a filing date, and 8 requests have had preprocessing terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).