Leader Technologies Inc. v. Facebook Inc.
Doc. 132 Att. 5

# EXHIBIT E

Dockets.Justia.com



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - June 30, 2009

1. Total requests filed since start of *ex parte* reexam on 07/01/81 .................................. 10066[1]

| | | |
|---|---|---|
| a. By patent owner | 3615 | 36% |
| b. By other member of public | 6286 | 62% |
| c. By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

| | | |
|---|---|---|
| a. Chemical Operation | 2914 | 29% |
| b. Electrical Operation | 3487 | 34% |
| c. Mechanical Operation | 3503 | 35% |
| d. Design Patents | 162 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 481YTD |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation..........................................3079..............31%

5. Decisions on requests.....................................................................9675

a. No. granted.......................................................8895...............92%

| | |
|---|---|
| (1) By examiner | 8782 |
| (2) By Director (on petition) | 113 |

b. No. denied ........................................................780...............8%

| | |
|---|---|
| (1) By examiner | 745 |
| (2) Reexam vacated | 35 |

[1] Of the requests received in FY 2009, 20 requests have not yet been accorded a filing date, and preprocessing of 24 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director)........................................858

| | | |
|---|---|---|
| a. Patent owner requester | 444 | 52% |
| b. Third party requester | 414 | 48% |

7. Overall reexamination pendency (Filing date to certificate issue date)

| | |
|---|---|
| a. Average pendency | 25.1 (mos.) |
| b. Median pendency | 19.5 (mos.) |

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 27% | 12% | 25% |
| b. All claims cancelled | 8% | 13% | 21% | 11% |
| c. Claims changes | 70% | 60% | 67% | 64% |

9. Total *ex parte* reexamination certificates issued (1981 – present) ............................6908

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 1705 | 25% |
| b. Certificates with all claims canceled | 776 | 11% |
| c. Certificates with claims changes | 4427 | 64% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

a. Certificates – PATENT OWNER REQUESTER ..........................................2792

| | | |
|---|---|---|
| (1) All claims confirmed | 621 | 22% |
| (2) All claims canceled | 228 | 8% |
| (3) Claim changes | 1943 | 70% |

b. Certificates – 3rd PARTY REQUESTER ..................................................3969

| | | |
|---|---|---|
| (1) All claims confirmed | 1066 | 27% |
| (2) All claims canceled | 517 | 13% |
| (3) Claim changes | 2386 | 60% |

c. Certificates – COMMISSIONER INITIATED REEXAM ...................................147

| | | |
|---|---|---|
| (1) All claims confirmed | 18 | 12% |
| (2) All claims canceled | 31 | 21% |
| (3) Claim changes | 98 | 67% |