# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>      Plaintiff-Counterdefendant,<br><br>      v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>      Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF WITHDRAWAL OF
## DEFENDANT FACEBOOK, INC.'S OBJECTIONS TO
## JULY 28, 2009 ORDER OF MAGISTRATE JUDGE STARK

PLEASE TAKE NOTICE that Defendant Facebook, Inc. hereby withdraws its SEALED Objections to July 28, 2009 Order of Magistrate Judge Stark (D.I. No. 82), the SEALED Declaration of Stephen Gray (D.I. No. 83) and the SEALED Declaration of Craig W. Clark (D.I. No. 84).

Dated: October 23, 2009                  BLANK ROME LLP

                                      By: */s/ Steven L. Caponi*
                                             Steven L. Caponi (DE Bar #3484)
                                             1201 N. Market Street
                                             Wilmington, DE 19801
                                             302-425-6400
                                             Fax: 302-425-6464

                                             *Attorneys for Defendant and*
                                             *Counterclaimant Facebook, Inc.*

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey Norberg (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
**COOLEY GODWARD KRONISH LLP**
3000 El Camino Real
5 Palo Alto square, 4th floor
Palo Alto, CA 94306