IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | C. A. No. 08-862-JJF |
| v. ) ) | |
| FACEBOOK, INC., a Delaware corporation, ) ) | |
| Defendant. ) | |

**STIPULATION REGARDING AMENDMENT TO STIPULATED PROTECTIVE ORDER**

WHEREAS, the parties executed a Stipulated Protective Order on April 27, 2009;

WHEREAS, the Court entered the Stipulated Protective Order on April 28, 2009 (D.I. 35);

WHEREAS, the Stipulated Protective Order (D.I. 35) identified White & Case LLP as outside counsel for Facebook, Inc.;

WHEREAS, White & Case LLP no longer represents Facebook, Inc. in connection with this litigation;

WHEREAS, Cooley Godward Kronish LLP now represents Facebook, Inc. in connection with this litigation;

WHEREAS, both parties desire to amend the Stipulated Protective Order to identify outside counsel for the parties;

NOW, THEREFORE, HAVING BEEN STIPULATED AND AGREED by and between the parties, through their respective counsel, subject to the approval of the Court, the parties

hereby agree to amend the Stipulated Protective Order to include Cooley Godward Kronish LLP as outside counsel for Facebook;

THE PARTIES agree that Facebook's current outside counsel at Cooley Godward Kronish LLP are subject to the terms of the Stipulated Protective Order;

THE PARTIES also agree that Facebook's prior outside counsel at White & Case LLP who have had access to Leader's confidential and highly confidential information remain subject to the terms of the Stipulated Protective Order;

THE PARTIES further agree that any person who is subject to the terms of the Stipulated Protective Order, including any person who has signed or will sign the undertaking in the form attached as Exhibit A to the Stipulated Protective Order, will be made aware of the terms of this Stipulation.

| POTTER ANDERSON & CORROON LLP | BLANK ROME LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Steven L. Caponi<br>Steven L. Caponi (#3484)<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>caponi@BlankRome.com |
| *Attorneys for Plaintiff*<br>*Leader Technologies, Inc.* | *Attorneys for Defendant*<br>*Facebook, Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Paul J. Andre<br>King & Spalding LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood Shores, California 94065<br>(650) 590-0700 | Heidi L. Keefe<br>Cooley Godward Kronish LLP<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, California 94306<br>(650) 843-5001 |