# EXHIBITS A-F ARE REDACTED IN THEIR ENTIRETY