# EXHIBITS A-H ARE REDACTED IN THEIR ENTIRETY