# EXHIBIT A

## EXHIBIT A

### PROPOSED REDACTIONS

3: 22-24

4: 11-21

5: 7-11; 16-24

6: 1-2; 14-24

7: 1-13; 16-18; 24

8: 1-6; 10-24

9: 1-19; 23-24

10: 1-2; 11-23

11: 2-24

12: 1-3; 8-16; 24

13: 1-14

14: 1-6; 16-18; 23-24