IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LEADER TECHNOLOGIES, INC., a
Delaware corporation,

            Plaintiff-Counterdefendant,

v.

FACEBOOK, INC., a Delaware corporation,

            Defendant-Counterclaimant.

Civil Action No. 08-862-JJF/LPS

## [Proposed] ORDER

The Court, having considered Defendant Facebook, Inc.'s Motion for Redaction of Electronic Transcript of Hearing on April 9, 2010, and the parties' positions and arguments related thereto, hereby ORDERS as follows:

Defendant's Motion for Redaction is GRANTED. Facebook shall provide a redacted copy of the transcript of the hearing on April 9, 2010 in accordance with this Order, which the Clerk of the Court is directed to file and docket.

_____
Hon. Joseph J. Farnan, Jr.