IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>    v.<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant-Counterclaimant. | Civil Action No. 08-862-JJF/LPS<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT FACEBOOK INC.'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 4, 7, 21, 23, 25, 31 AND 32 OF U.S. PATENT NO. 7,139,761

### [MOTION 1 OF 6]

Defendant Facebook, Inc. ("Facebook") hereby requests that this Court consider its Motion For Summary Judgment Of Invalidity Of Claims 1, 4, 7, 21, 23, 25, 31 and 32 OF U.S. Patent No. 7,139,761, as more fully set forth in the accompanying Memorandum in Support of this Motion.

Dated: May 14, 2010

OF COUNSEL:

Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey Norberg (*pro hac vice)*
Melissa H. Keyes (*pro hac vice*)
**COOLEY GODWARD KRONISH LLP**
3000 El Camino Real
5 Palo Alto Square, 4th floor
Palo Alto, CA 94306

BLANK ROME LLP

By: */s/ Steven L. Caponi*
    Steven L. Caponi (DE Bar #3484)
    1201 N. Market Street
    Wilmington, DE 19801
    302-425-6400
    Fax: 302-425-6464

*Attorneys for Defendant-Counterclaimant Facebook, Inc.*