IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | CIVIL ACTION |
| Plaintiff and Counterdefendant, | ) ) ) | No. 1:08-cv-00862-JJF |
| v. | ) ) | |
| FACEBOOK, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant and Counterclaimant. | ) ) | |

**DEFENDANT FACEBOOK, INC.'S CERTIFICATION REGARDING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 4, 7, 21, 23, 25, 31 AND 32 OF U.S. PATENT NO. 7,139,761 (MOTION NO. 1)**

Steven L. Caponi (DE Bar #3484)
**BLANK ROME LLP**
1201 N. Market Street, Suite 800
Wilmington, DE 19801
302-425-6400
Fax: 302-425-6464
*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

OF COUNSEL:
Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey Norberg (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
Elizabeth L. Stameshkin (*pro hac vice*)
**COOLEY LLP**
3000 El Camino Real
5 Palo Alto Square, 4th Floor
Palo Alto, CA 94306

Dated: May 14, 2010

Defendant Facebook, Inc., through its undersigned counsel, hereby certifies that no genuine issues of material fact exist with regard to Defendant Facebook, Inc.'s Motion for Summary Judgment of Invalidity of Claims 1, 4, 7, 21, 23, 25, 31 and 32 of U.S. Patent No. 7,139,761.

Dated: May 14, 2010

By: /s/ Steven L. Caponi
Steven L. Caponi (DE Bar No. 3484)
**BLANK ROME LLP**
1201 Market Street
Wilmington, DE 19801
Phone: (302) 425-6400
Fax: (302) 425-6464
*Attorneys for Defendant and Counterclaimant Facebook, Inc.*

*Of Counsel:*
Heidi L. Keefe (*pro hac vice*)
Mark R. Weinstein (*pro hac vice*)
Jeffrey T. Norberg (*pro hac vice*)
Melissa H. Keyes (*pro hac vice*)
Elizabeth L. Stameshkin (*pro hac vice*)
**COOLEY LLP**
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

1