IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEADER TECHNOLOGIES, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 08-862-LPS |
| v. | ) ) | |
| FACEBOOK, INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

**STIPULATION REGARDING AMENDMENT TO STIPULATED
PROTECTIVE ORDER**

WHEREAS, the parties executed a Stipulated Protective Order on April 27, 2009 (D.I. 35);

WHEREAS, the Court entered the Stipulated Protective Order on April 28, 2009 (D.I. 35);

WHEREAS, the parties executed an Amendment to the Stipulated Protective Order on October 26, 2009 (D.I. 138);

WHEREAS, the Court entered the Amendment to the Stipulated Protective Order on October 27, 2009 (D.I. 138);

WHEREAS, the Amendment to the Stipulated Protective Order (D.I. 138) identified Cooley Godward Kronish LLP as outside counsel for Facebook, Inc.;

WHEREAS, Cooley Godward Kronish LLP continues to represent Facebook, Inc. in connection with this litigation;

WHEREAS, Gibson, Dunn & Crutcher LLP now also represents Facebook, Inc. in connection with this litigation;

WHEREAS, both parties desire to amend the Stipulated Protective Order to identify additional outside counsel for the parties;

NOW, THEREFORE, HAVING BEEN STIPULATED AND AGREED by and between the parties, through their respective counsel, subject to the approval of the Court, the parties hereby agree to amend the Stipulated Protective Order to include Gibson, Dunn & Crutcher LLP as additional outside counsel for Facebook;

THE PARTIES agree that Facebook's additional outside counsel at Gibson, Dunn & Crutcher LLP are subject to the terms of the Stipulated Protective Order;

THE PARTIES also agree that Facebook's outside counsel at Cooley Godward Kronish LLP remains subject to the terms of the Stipulated Protective Order.

| POTTER ANDERSON & CORROON LLP | BLANK ROME LLP |
|---|---|
| By: /s/ Philip A. Rovner<br>Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | By: /s/ Steven L. Caponi<br>Steven L. Caponi (#3484)<br>1201 Market Street<br>Suite 800<br>Wilmington, DE 19801<br>(302) 425-6400<br>caponi@BlankRome.com |
| *Attorneys for Plaintiff*<br>*Leader Technologies, Inc.* | *Attorneys for Defendant*<br>*Facebook, Inc.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Paul J. Andre<br>King & Spalding LLP<br>333 Twin Dolphin Drive<br>Suite 400<br>Redwood Shores, California 94065<br>(650) 590-0700 | Heidi L. Keefe<br>Cooley Godward Kronish LLP<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, California 94306<br>(650) 843-5001<br><br>Thomas G. Hungar<br>William G. Jenks<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave. N.W.<br>Washington, DC  20036<br>(202) 955-8500 |

101097652.2